BARD PERIPHERAL VASCULAR, INC. and David Goldfarb, M.D., Plaintiffs/Counterclaim Defendants–Appellees,

and

C.R. Bard, Inc., Counterclaim Defendant–Appellee,

v.

W.L. GORE & ASSOCIATES, INC., Defendant/Counterclaimant–Appellant.

Bard Peripheral Vascular, Inc. and David Goldfarb, M.D., Plaintiffs/Counterclaim Defendants–Appellants,

and

C.R. Bard, Inc., Counterclaim Defendant,

v.

W.L. Gore & Associates, Inc., Defendant/Counterclaimant–Appellee.

Nos. 2010–1510, 2010–1542.

United States Court of Appeals, Federal Circuit.

Dec. 28, 2010.

John C. O'Quinn, Kirkland & Ellis LLP, Washington, DC, for Plaintiffs/Counterclaim Defendants–Appellants.

David H. Pfeffer, Locke, Lord Bissell & Liddell, LLP, New York, NY, for Defendant/Counterclaimant–Appellant.

### ON MOTION

### ORDER

Upon consideration of Bard Peripheral Vascular, Inc. and David Goldfarb, M.D.'s motion to voluntarily withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The cross-appeal, 2010–1542, is dismissed.

(2) Each side shall bear its own costs in 2010–1542.

(3) The revised official caption for 2010–1510 is reflected above.